UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                Plaintiff,

                              Case Number: 07-11992
                              Honorable: Patrick J. Duggan
VS.                            Claim Number: 1999A21639

LORRAINE BELTZ AKA DIAMOND,
XXX-XX-8806

                Defendant,
_____/

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal Defendant upon receipt of this document.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: May 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 28, 2009, by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager